UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80005-Cannon/Maynard

UNITED STATES OF AMERICA,

       Plaintiff,

v.

STEVE ANTHONY RICHARDS,

       Defendant.

## DEFENDANT'S OBJECTIONS TO P.S.I.

**Page 9, Paragraph 30**

The defendant did not have multiple parole violations. The only violation was based on the new Maryland case (paragraph 31 of the PSI).

He was released from prison in this Washington, D.C. case on 1/14/92. He was re-arrested in the Maryland case on or around 2/17/94. He remained in prison until 3/25/98 when he was turned over to immigration. On 4/14/98 he was deported. The various parole violations showing in the PSI could not have happened because Richards was incarcerated at the time.

**Page 10, Paragraph 31**

This paragraph alleges a parole violation issued June 4, 1998 for failure to report. However, Richards had been deported on 4/14/1998. So, there should not have been a parole violation filed. If one was filed, it was in error.

s/ *Randee J. Golder*
Randee J. Golder, Esq. (Fla. Bar No. 402206)
Email: rjgolder@comcast.net
Randee J. Golder, Esq.
10745 Royal Caribbean Circle
Boynton Beach, FL 33437
Phone: (561) 676-2585
*Attorney for Defendant Steve Richards*