UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80005-Cannon/Maynard

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STEVE ANTHONY RICHARDS,

        Defendant.

## NOTICE OF APPEAL

NOTICE is hereby given that STEVE ANTHONY RICHARDS, defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on April 19, 2023.

        s/ *Randee J. Golder*
        Randee J. Golder, Esq. (Fla. Bar No. 402206)
        rjgolder@comcast.net
        Randee J. Golder, Esq.
        10745 Royal Caribbean Circle
        Boynton Beach, FL 33437
        Phone: (561) 676-2585
        *Attorney for Defendant Richards*